IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Sep 19, 2024
Tammy H. Downs, Clerk
By: HeatherLyversClark D.C.
DEP CLERK

**GERRY CALVIN**                                                                             **PLAINTIFF**

v.                      CASE NO. 4:21-CV-00224-LPR

**JOHN RANDALL, individually and in his
official capacity,** *et al.*                                                                  **DEFENDANTS**

## VERDICT FORM

1.  On the assault claim against Defendant John Randall set forth in the Court's Closing Instruction 9, we, the jury, find in favor of:

    __"Defendant John RANDALL"_____

    (Write in "Plaintiff Gerry Calvin" **or** "Defendant John Randall")

    **NOTE: YOU MUST ANSWER QUESTION 1.**

2.  On the assault claim against the City of Menifee set forth in the Court's Closing Instruction 10, we, the jury, find in favor of:

    __"Defendant City of Menifee"_____

    (Write in "Plaintiff Gerry Calvin" **or** "Defendant City of Menifee")

    **NOTE: YOU MUST ANSWER QUESTION 2.**

**NOTE:** **IF AND ONLY IF YOU FOUND IN FAVOR OF PLAINTIFF GERRY CALVIN ON EITHER QUESTION 1 OR QUESTION 2, PROCEED TO QUESTION 3 AND QUESTION 4. IF YOU FOUND IN FAVOR OF DEFENDANTS ON QUESTIONS 1 AND 2, IGNORE QUESTION 3 AND QUESTION 4, AND INSTEAD, HAVE THE FOREPERSON SIGN AND DATE THIS FORM BECAUSE YOUR DELIBERATIONS ARE COMPLETE.**

3. We, the jury, find that Plaintiff Gerry Calvin should be awarded compensatory damages under Closing Instructions Nos. 13 and 14 in the amount of:

$ _____

(Write dollar amount or, if there are no damages, then write in $1.00 for each claim for which you found in favor of Plaintiff Gerry Calvin.)

4A. We, the jury, find that, in this case, punitive damages against John Randall under Closing Instruction No. 15, are:

_____

(Appropriate) or (Not Appropriate)

**NOTE:** **IF AND ONLY IF YOU FOUND PUNITIVE DAMAGES ARE APPROPRIATE IN QUESTION 4A, PROCEED TO QUESTION 4B. IF YOU FOUND PUNITIVE DAMAGES ARE NOT APPROPRIATE IN QUESTION 4A, IGNORE QUESTION 4B, AND INSTEAD, HAVE THE FOREPERSON SIGN AND DATE THIS FORM BECAUSE YOUR DELIBERATIONS ARE COMPLETE.**

4B. We, the jury, assess punitive damages against John Randall in the amount of:

$ _____
(Write dollar amount)

**NOTE: PLEASE REMEMBER TO HAVE YOUR FOREPERSON SIGN AND DATE THE VERDICT FORM BEFORE RETURNING TO COURT FROM YOUR DELIBERATIONS.**

Date: 19 Sept 2024          Foreperson: /s/ Allen Ra____