### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**GERRY CALVIN**                                                                                          **PLAINTIFF**

**v.**                                           **Case No. 4:21-cv-00224-LPR**

**JOHN RANDALL, individually and in his**
**official capacity,** *et al.*                                                                    **DEFENDANTS**

### JUDGMENT

Pursuant to the recent jury verdict as well as prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that: (1) Judgment is entered in favor of Defendants on the assault claims, the Fourth-Amendment-related claims, the negligence-based claims (including but not limited to things like failure to train and failure to supervise), the outrage claims, and the invasion of privacy claims; (2) the Fourteenth-Amendment-related and ACRA-related claims against Defendant John Randall are dismissed with prejudice under the doctrine of qualified immunity; and (3) all other claims are dismissed without prejudice.

IT IS SO ADJUDGED this 25th day of September 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE